UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Matthew Tassone,

    Plaintiff,

v.                                Case No. 2:21-cv-694

Tellis, *also known as*
Sheriff Deputy Tellis,           Judge Michael H. Watson

    Defendant.

## ORDER

Matthew Tassone ("Plaintiff") proceeds *pro se* in this case brought pursuant to 42 U.S.C. § 1983. Magistrate Judge Vascura performed an initial screen of the case under 28 U.S.C. §1915(e)(2) and issued a Report and Recommendation ("R&R"). R&R, ECF No. 3.

The R&R recommended permitting Plaintiff to proceed on his Fourth Amendment claim for excessive force against Defendant in his individual capacity and dismissing his remaining claims. *Id.* at 1. The R&R notified the parties of their right to object to the same and that failure to do so would amount to a waiver of both the right to have the Undersigned review the R&R *de novo* and of the right to appeal the Undersigned's adoption of the R&R. The time for filing objections has passed (even with an additional three days added per Federal Rule of Civil Procedure 6(d)), and no objections were filed.

Accordingly, the Court **ADOPTS** the R&R without further review.  Plaintiff's individual-capacity Fourth Amendment excessive force claim may proceed, but all other claims are **DISMISSED**.

**IT IS SO ORDERED.**

*(signature)*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**